IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSIE TYLER,

    Plaintiff,

vs.

E. ALAMEIDA, et al.,

    Defendants.

CV F 04 6638 OWW WMW P

FINDINGS AND RECOMMENDATION

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        By order filed November 17, 2005, the court issued an order dismissing certain defendants for failure to state a claim and directing Plaintiff to file an amended complaint within thirty days.  Plaintiff has not filed an amended complaint.  The court specifically cautioned plaintiff that his failure to do so would result in a recommendation that defendants Grannis and Turges.

        In the November 17, 2005, order the court informed Plaintiff of the deficiencies in the first amended complaint, and dismissed certain defendants with leave to amend.  Because Plaintiff has not filed an amended complaint, the court recommends dismissal of the defendants noted in the first amended complaint with prejudice for failure to state a federal claim upon

1

which the court could grant relief.  See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, IT IS HEREBY RECOMMENDED that defendants Grannis and Turges be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 8, 2006**          /s/  **William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE