IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSIE TYLER,

    Plaintiff,　　　　　　　　　　CV F 04 6638 OWW WMW  P

  vs.　　　　　　　　　　　　　　　ORDER RE MOTION (DOC 16 )

E. ALAMEIDA, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for the issuance of summons.   An order has been entered, directing plaintiff to complete and return to the court the forms for service of process of the first amended complaint. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the issuance of summons is denied as moot.

IT IS SO ORDERED.

**Dated:   March 8, 2006**　　　　　　　　　**/s/  William M. Wunderlich**
mmkd34　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1