IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

    Plaintiff,                        CV F 04 6638 OWW WMW   P

vs.                                ORDER RE MOTION (DOC 17 )

E. ALAMEIDA, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion titled as a motion for a copy of the report and recommendation. Subsequent to plaintiff's motion, findings and recommendations were entered, recommending dismissal of certain defendants. There are no other outstanding recommendations. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   April 10, 2006**         **/s/  William M. Wunderlich**
mmkd34                    UNITED STATES MAGISTRATE JUDGE

1