IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

    Plaintiff,　　　　　　　　　　CV F 04 6638 OWW WMW   P

  vs.　　　　　　　　　　　　　　　ORDER RE MOTION (DOC 19 )

E. ALAMEIDA, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion titled as a motion for service of process upon defendants.  Subsequent to plaintiff's motion, an order was entered, directing service of process upon defendants.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   April 10, 2006**　　　　　　　　　/s/  William M. Wunderlich
mmkd34　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1