IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSY TYLER,

      Plaintiff,                                    CV F 04 6638 OWW WMW   P

  vs.                                            ORDER

E. ALAMEIDA, et al.,

      Defendants.

      Defendant Williams has filed a request for extension of time in which to file a response to the complaint. Good cause appearing, IT IS HEREBY ORDERED that Defendant Williams is granted an extension of time of thirty days from the date of service of this order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:**   **June 15, 2006**              /s/ **William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE