IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

      Plaintiff,                                    CV F 04 6638 LJO WMW

  vs.                                          ORDER DIRECTING PLAINTIFF
                                                       TO FILE OPPOSITION WITHIN
                                                       THIRTY DAYS

E. ALAMEIDA, et al.,

      Defendants.

On August 25, 2006, findings and recommendations were entered, recommending that Defendant Williams' motion to dismiss be granted on the ground of Plaintiff's failure to oppose the motion. On September 15, 2006, Plaintiff filed objections, indicating that he sought leave to file a late opposition to the motion. A review of the record reveals that on August 24, 2006, Plaintiff filed a motion for leave to file a late opposition to the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 25, 2006, recommendation of dismissal is vacated.

2. Plaintiff shall file opposition to the motion to dismiss within thirty days of the date of service of this order.

1  IT IS SO ORDERED.

2  **Dated:     May 17, 2007**                              **/s/  William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE