IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

        Plaintiff,        CV F 04 6638 LJO WMW P

vs.        ORDER RE MOTION (DOC 26)

E. ALEMIDA, et al.,

        Defendants.

Plaintiff has filed a document captioned as a motion for continuing jurisdiction. A review of the motion reveals that Plaintiff seeks to inform the court of his current address, and seeks to be notified of all court action. The court notes that all orders have been properly served upon Plaintiff at his address of record.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for continuing jurisdiction is denied. IT IS SO ORDERED.

Dated:   September 6, 2007        /s/ William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE