IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

    Plaintiff,                        CV F 04 6638 LJO WMW P

    vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#59)

E. ALAMEIDA, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On August 17, 2007, findings and recommendations were entered, recommending that Defendant Williams' motion to dismiss be denied. The parties were provided thirty days within which to file objections. Noobjections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1        Accordingly, THE COURT HEREBY ORDERS that:

2        1. The Findings and Recommendations issued by the Magistrate Judge on August 17, 2007, are adopted in full; and

3        2. Defendant Williams' motion to dismiss is denied. This action is remanded to the Magistrate Judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated:   September 27, 2007                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE