IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

        Plaintiff,            CV F 04 6638 LJO WMW P

   vs.                     ORDER RE MOTION (DOC 48)

E. ALAMEIDA, et al.,

        Defendants.

     Plaintiff has filed a motion requesting that he be issued two USM 285 forms for service of process upon Defendants Smith and Erly. Good cause appearing, Plaintiff's motion should be granted.

     Accordingly, IT IS HEREBY ORDERED that the Clerk is directed to send to Plaintiff two USM 285 forms. IT IS SO ORDERED.

**Dated:**   September 27, 2007           /s/ William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE