IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

      Plaintiff,           CV F 04 6638 LJO WMW P

   vs.                     ORDER RE MOTION (DOC 49)

E. ALAMEIDA, et al.,

      Defendants.

    Plaintiff has filed a motion requesting an extension of time in which to file opposition to Defendant Williams' motion to dismiss. Findings and recommendations have been entered, recommending denial of Defendant Williams' motion to dismiss. Plaintiff was provided an opportunity to file objections.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time to file opposition to the motion to dismiss is denied as moot. IT IS SO ORDERED.

**Dated:**   **September 27, 2007**         /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE

1