IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

       Plaintiff,         CV F 04 6638 LJO WMW P

  vs.                  ORDER RE MOTIONS (DOCS 38, 44)

E. ALAMEIDA, et al.,

       Defendants.

    Plaintiff has filed motions to compel. Plaintiff is seeking information as to the as yet served Defendants Smith and Erly. Concurrent with this order, an order will be entered, granting Plaintiff's motion for the issuance of two more USM 285 forms for service of process.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to compel are denied as moot.

IT IS SO ORDERED.

**Dated:   September 27, 2007**       /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE