IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

     Plaintiff,           CV F 04 6638 LJO WMW P

  vs.                    ORDER RE MOTION (DOC 58)

E. ALAMEIDA, et al.,

     Defendants.

     Plaintiff has filed a motion requesting the Court to send to him USM 285 forms for service of process on Defendants Smith and Erly. The forms have been completed and returned to the Court, and the U.S. Marshal has been directed to serve process.

     Accordingly, IT HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   January 16, 2008**           /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE