IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

        Plaintiff,          CV F 04 6638 LJO WMW PC

    vs.                    ORDER RE MOTION (DOC 56)

E. ALAMEIDA, et al.,

        Defendants.

      Plaintiff has filed a document titled as a motion re motion to dismiss. Plaintiff's document is an opposition to the motion to dismiss filed on July 10, 2006, and resolved on September 27, 2007. The opposition was considered in the ruling on the motion to dismiss.

      Accordingly, IT IS HEREBY ORDERED that the motion re motion to dismiss is denied as moot.

IT IS SO ORDERED.

**Dated:   February 28, 2008**              **/s/ William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE

1