IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | 1:04-cv-6638 LJO WMW (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| E. ALAMEIDA, et al., | (DOCUMENT #71) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On February 22, 2008, plaintiff filed a motion to extend time to file a response to the Motion for Summary Judgment filed on February 1, 2008 (Doc. 70).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to the Motion for Summary Judgment filed on February 1, 2008.

IT IS SO ORDERED.

**Dated:   March 10, 2008**              **/s/  William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE