IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | 1:04-cv-06638-LJO-WMW (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| DENNIS C. SMITH, et al., | (DOCUMENT #75) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 17, 2008, plaintiff filed a motion to extend time to Respond to Motion for Summary Judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to Respond to Motion for Summary Judgment.

IT IS SO ORDERED.

**Dated:   April 1, 2008**                    /s/  William M. Wunderlich
                                                            UNITED STATES MAGISTRATE JUDGE