IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELONZA JESSE TYLER,

      Plaintiff,               1: 04 CV 6638 AWI WMW PC

   vs.                           ORDER RE MOTION (DOC 69)

E. ALAMEIDA, et al.,

      Defendants.

     Plaintiff has filed a motion directing the U.S. Marshal to initiate personal service upon Defendant Smith and Defendant Early. Plaintiff also seeks an order compelling the CDCR and "The Medical Board" to submit information in order to ascertain personal information regarding Smith and Early.

     On June 20, 2008, a waiver of service was returned, indicating that Defendant Smith waived service of summons. Plaintiff's motion is therefore denied as to Defendant Smith. On May 1, 2008, the USM 295 form for service of process upon Defendant Early was returned as unexecuted, indicating that Defendant Early is retired, and that no forwarding address was available.

     The court construes Plaintiff's motion as a request for limited discovery, in order to obtain service of process upon Defendant Early. Defendants are granted thirty days in which to

1

file a response to Plaintiff's request.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The motion for personal service is denied as to Defendant Smith.

  2. Defendants are granted thirty days from the date of service of this order in which to file a response to Plaintiff's request for personal service filed on January 25, 2008.

IT IS SO ORDERED.

**Dated:** **July 31, 2008**      /s/ **William M. Wunderlich**
                UNITED STATES MAGISTRATE JUDGE