1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ELONZA JESSE TYLER,                          CASE NO. 1:04-cv-06638-LJO-SMS PC

10                          Plaintiff,           ORDER REQUIRING DEFENDANTS ERLY
                                                 AND SMITH TO NOTIFY THE COURT
11          v.                                   WHETHER THEY CONSENT TO OR
                                                 DECLINE MAGISTRATE JUDGE
12   EDWARD ALAMEIDA, et al.,                    JURISDICTION WITHIN FIFTEEN DAYS

13                          Defendants.

14   _____/

15          This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Elonza Jesse Tyler,

16   a state prisoner proceeding pro se and in forma pauperis.   Plaintiff and Defendant Williams

17   consented to Magistrate Judge jurisdiction, but Defendants Erly and Smith have neither consented

18   to nor declined Magistrate Judge jurisdiction.

19          Accordingly, within **fifteen (15) days** from the date of service of this order, Defendants Erly

20   and Smith shall notify the Court whether they consent to or decline Magistrate Judge jurisdiction.

21

22   IT IS SO ORDERED.

23   **Dated:    June 16, 2010              _____/s/ Sandra M. Snyder_____**
                                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28