1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ELONZA JESSE TYLER,                    CASE NO. 1:04-cv-06638-LJO-SMS PC

10               Plaintiff,               ORDER DENYING MOTION TO MODIFY
                                          SCHEDULING ORDER, WITHOUT
11       v.                               PREJUDICE, AS MOOT

12  EDWARD ALAMEIDA, et al.,              (Doc. 126)

13               Defendants.
    _____/

14

15       This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Elonza Jesse Tyler,

16  a state prisoner proceeding pro se and in forma pauperis.  On March 25, 2010, Defendants Erly and

17  Smith filed a motion seeking to modify the schedule order.  Fed. R. Civ. P. 16(b).  In light of the

18  Court's recommendation that Plaintiff's amended complaint be dismissed, with leave to amend,

19  Defendants' motion to modify the scheduling order is moot.  If the second amended complaint is

20  found to state cognizable claims, Defendant Erly will be required to respond and the Court will issue

21  an amended scheduling order at the appropriate juncture.

22       Accordingly, Defendants' motion to modify the scheduling order is HEREBY DENIED as

23  moot.

24  IT IS SO ORDERED.

25  **Dated:   June 16, 2010**              _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

1