# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-06638-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT WILLIAMS' MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND DISMISSING AMENDED COMPLAINT, WITH LEAVE TO AMEND<br><br>(Docs. 70, 124, 132, and 135)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Elonza Jesse Tyler, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 20, 2004. This action is proceeding on Plaintiff's Amended Complaint, filed March 4, 2005, against Defendants Williams, Erly, and Smith for allegedly violating Plaintiff's rights under the Eighth Amendment of the United States Constitution. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 17, 2010, the Magistrate Judge filed a Findings and Recommendations recommending that Defendant Williams' Motion for Summary Judgment be granted, and a Findings and Recommendations recommending that Plaintiff's Motion for Default Judgment against Defendant Smith be denied and Plaintiff's Amended Complaint be dismissed, with leave to amend, for failure to state a claim. On July 19, 2010, Plaintiff filed an Objection to the denial of his motion

///

and the dismissal of his complaint. Defendants did not file any response to Plaintiff's objections, and no party objected to the recommendation to grant Defendant Williams' motion.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 17, 2010, are adopted in full;
2. Defendant Williams' Motion for Summary Judgment, filed February 1, 2008, is GRANTED;
3. Plaintiff's Motion for Default Judgment against Defendant Smith, filed February 19, 2010, is DENIED;
4. Plaintiff's Amended Complaint is dismissed for failure to state a claim;
5. The Clerk's Office shall send Plaintiff a complaint form;
6. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint;[1] and
7. The failure to file a second amended complaint will result in dismissal of this action, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated:  August 12, 2010        /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff may not add new claims or parties to this action. The Court will strike the pleading if it sets forth new claims or parties.