# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | CASE NO. 1:04-cv-06638-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING PROPOSED ORDER ENTERING JUDGMENT |
| v. | (Doc. 145) |
| EDWARD ALAMEIDA, et al., | |
| Defendants. | |

On August 26, 2010, following his successful motion for summary judgment, Defendant Smith filed a proposed order entering judgment for Smith and against Plaintiff. Judgment will not be entered until Plaintiff's claims against Defendants Smith and Erly are resolved. Fed. R. Civ. P. 54(b). The proposed order is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   August 27, 2010**                         **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE